Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Jesse James Thomas III and
Tiffany F. Thomas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES THOMAS III and TIFFANY F. THOMAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>    Defendants. | Case No. 2:13-cv-02674-MCE-CKD<br><br>ORDER FOR DISMISSAL OF DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES LLC |

Based on the parties' stipulation and for good cause shown, Plaintiffs' claims against Defendants Trans Union LLC and Equifax Information Services LLC are hereby dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated:  May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT