MARK F. ANDERSON (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Jesse James Thomas III
and Tiffany F. Thomas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES THOMAS III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>TRANS UNION LLC; and<br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | Case No. 2:13-CV-02674-MCE-CKD<br><br>STIPULATION AND (proposed)<br>ORDER FOR CONTINUANCE OF<br>THE SETTLEMENT CONFERENCE |

　　Whereas, the Pretrial Scheduling Order set a settlement conference on September 4, 2014, before Judge Allison Claire;

　　Whereas, plaintiffs' counsel will be on vacation and outside the U.S. from August 20, 2014, returning September 11, 2014;

　　Whereas, plaintiffs filed a timely objection to the date for the conference;

　　IT IS HEREBY STIPULATED, that the settlement conference may be continued until October 16, 2014, at 9:00 AM.

Date: July 2, 2014　　　　　　　　　　　　　　　　*/s/ Mark F. Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　Mark F. Anderson, SBN 44787
　　　　　　　　　　　　　　　　　　　　　　　　Anderson, Ogilvie & Brewer LLP
　　　　　　　　　　　　　　　　　　　　　　　　235 Montgomery Street
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104, Suite 914
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 415.651.1951

**STIP & ORDER CONTINUING SETTLMT CONF, THOMAS V EXPERIAN, NO. 2:13-CV-02674 MCE CKD**

Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiffs

Date: July 2, 2014

*/s/ Nandini Iyer*
Nandini Iyer (SBN 271289)
JONES DAY
1755 Embarcadero Center
Palo Alto, CA 94303
Phone: 650.739.3939
Fax: 650.739.3900
niyer@jonesday.com

Counsel for Experian Information Solutions, Inc.

# ORDER

Based upon the parties' stipulation and for good cause shown, the settlement conference shall be continued from September 4, 2014, to October 16, 2014, at 9:00 AM before Judge Allison Claire. The date for statements for submission of settlement statements is October 9, 2014.

Date: July 2, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**STIP & ORDER CONTINUING SETTLMT CONF, THOMAS V EXPERIAN, NO. 2:13-CV-02674 MCE CKD**