MARK F. ANDERSON (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Jesse James Thomas III
and Tiffany F. Thomas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSE JAMES THOMAS III,⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No. 2:13-CV-02674-MCE-CKD
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀STIPULATION AND (proposed)
⠀⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀CONTINUING THE SETTLEMENT
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀CONFERENCE
EXPERIAN INFORMATION SOLUTIONS, INC.,⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀⠀⠀⠀)
_____)

⠀⠀⠀⠀Whereas, plaintiffs' attorney Mark F. Anderson has filed a motion for an order

permitting him to withdraw as counsel;

⠀⠀⠀⠀Whereas, the hearing on the motion is to be held on December 4, 2014;

⠀⠀⠀⠀Whereas, the parties do not believe a settlement conference would be productive at this

time;

⠀⠀⠀⠀Whereas, the plaintiffs may wish to engage substitute counsel;

⠀⠀⠀⠀IT IS HEREBY STIPULATED that the settlement conference set for October 31, 2014,

at 9:00 AM may be continued to a date convenient to the Court

Date: October 17, 2014⠀⠀⠀⠀⠀⠀⠀/s/ *Mark F. Anderson*
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Mark F. Anderson, SBN 44787
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Anderson, Ogilvie & Brewer LLP
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀235 Montgomery Street
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀San Francisco, CA 94104, Suite 914

**STIP & ORDER RE SETTLMT CONF, THOMAS V EXPERIAN, NO. 2:13-CV-02674 MCE CKD**

1

Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

2

3

Attorney for Plaintiffs

4

Date: October 17, 2014

*/s/ Nandini Iyer*
Nandini Iyer (SBN 271289)

5

JONES DAY

6

1755 Embarcadero Center
Palo Alto, CA 94303

7

Phone: 650.739.3939

8

Fax: 650.739.3900
niyer@jonesday.com

9

10

Counsel for Experian Information Solutions,
Inc.

11

12

**ORDER**

13

Based upon the parties' stipulation and for good cause shown, the settlement

14

15

conference set for October 31, 2014, at 9:00 AM before Judge Allison Claire shall be

16

continued to February 19, 2015 at 9:00.

17

18

Date: October 20, 2014

19

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

**STIP & ORDER RE SETTLMT CONF, THOMAS V EXPERIAN, NO. 2:13-CV-02674 MCE CKD**