MARK F. ANDERSON (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Jesse James Thomas III
and Tiffany F. Thomas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES THOMAS III,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br><br><br>   Defendant. | Case No. 2:13-CV-02674-MCE-CKD<br><br>STIPULATION AND ORDER CONTINUING THE DISCOVERY CUTOFF AND THE DATE FOR DISCLOSURE OF EXPERTS |

  Whereas, plaintiffs' attorney Mark F. Anderson has filed a motion for an order permitting him to withdraw as counsel;

  Whereas, the hearing on the motion is to be held on December 4, 2014;

  Whereas, plaintiffs have informed me they are seeking other counsel;

  Whereas, the last date to complete discovery under the current schedule is November 3, 2014, and the last date to disclose experts is January 21, 2015;

  Whereas, the parties believe more time is needed to complete discovery and to retain experts given the circumstances;

  IT IS HEREBY STIPULATED that the discovery cutoff may be continued to February 16, 2015, and the date for disclosure of experts may be continued to March 2, 2015;

Date: October 27, 2014      /s/ *Mark F. Anderson*
              Mark F. Anderson, SBN 44787

**STIP & ORDER RE CONTINUING DATES, THOMAS V EXPERIAN, NO. 2:13-CV-02674 MCE CKD**

|   |   |
|---|---|
|   | Anderson, Ogilvie & Brewer LLP<br>235 Montgomery Street<br>San Francisco, CA 94104, Suite 914<br>Phone: 415.651.1951<br>Fax: 415.500.8300<br>mark@aoblawyers.com |
|   | Attorney for Plaintiffs |
| Date: October 27, 2014 | */s/ Nandini Iyer*<br>Nandini Iyer (SBN 271289)<br>JONES DAY<br>1755 Embarcadero Center<br>Palo Alto, CA 94303<br>Phone: 650.739.3939<br>Fax: 650.739.3900<br>niyer@jonesday.com |
|   | Counsel for Experian Information Solutions, Inc. |

**ORDER**

Based upon the parties' stipulation and for good cause shown, the discovery cutoff date is continued to February 16, 2015, and the date for disclosure of experts is continued to March 2, 2015.

IT IS SO ORDERED.

Dated:   October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIP & ORDER RE CONTINUING DATES, THOMAS V EXPERIAN, NO. 2:13-CV-02674 MCE CKD**