UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>　　　　　　　　　Defendant. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**STIPULATION AND ORDER TO EXTEND SETTLEMENT CONFERENCE DEADLINE**<br><br>**Magistrate Judge Allison Claire** |

　　　Whereas, plaintiffs' former attorney has withdrawn as counsel and plaintiffs now appear *pro se;*

　　　Whereas, plaintiffs asked and received an extension from Defendant Experian Information Solutions, Inc. ("Experian") on their discovery responses;

　　　Whereas Experian's attorney, Nandini Iyer, will be on medical leave from February 9, 2015 through March 15, 2015;

　　　Whereas the settlement conference date is currently scheduled for February 19, 2015;

　　　Whereas, plaintiffs have informed counsel for Experian that they are seeking other counsel;

Whereas, the parties believe more time is needed to complete discovery, to retain experts given the circumstances, and prepare for the settlement conference;

Whereas, parties have filed a stipulation to extend discovery cut-off deadline for non-expert discovery from February 16, 2015 to May 29, 2015, and expert discovery cut-off deadline from March 2, 2015 to June 16, 2015;

IT IS HEREBY STIPULATED that the settlement conference date be continued from February 19, 2015 to July 30, 2015.

Date: _1/16/2015___  /s/ *Jesse James Thomas, III*
(original signature retained by attorney Nandini Iyer)
Jesse James Thomas, III
P.O. Box 4392
Citrus Heights, CA 95611-4392
Plaintiff *Pro Se*

Date: _1/16/2015___  /s/ *Tiffany F. Thomas*
(original signature retained by attorney Nandini Iyer)
Tiffany F. Thomas
P.O. Box 4392
Citrus Heights, CA 95611-4392
Plaintiff *Pro Se*

Date: 1/14/2015  /s/ *Nandini Iyer*
Nandini Iyer (SBN 271289)
JONES DAY
1755 Embarcadero Center
Palo Alto, CA 94303
Phone: 650.739.3939
Fax: 650.739.3900
niyer@jonesday.com

Counsel for Experian Information Solutions, Inc.

## **ORDER**

Based upon the parties' stipulation and for good cause shown, the settlement conference date is continued from February 19, 2015 to July 30, 2015.

DATED: January 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE