Nandini K. Iyer (State Bar No. 271289)
niyer@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     +1.650.739.3939
Facsimile:      +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>Defendants. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>**Judge: Morrison C. England, Jr** |

Whereas, plaintiffs' former attorney has withdrawn as counsel and plaintiffs now appear *pro se*;

Whereas, plaintiffs asked and received an extension from Defendant Experian Information Solutions, Inc. ("Experian") on their discovery responses;

Whereas Experian's attorney, Nandini Iyer, will be on medical leave from February 9, 2015 through March 15, 2015;

Whereas, plaintiffs have informed counsel for Experian that they are seeking other counsel;

Whereas, parties have filed a stipulation to extend the settlement conference date from February 16, 2015 to July 30, 2015;

Whereas, the parties believe more time is needed to complete discovery, to retain experts given the circumstances, and prepare for the settlement conference;

IT IS HEREBY STIPULATED that the discovery cut-off deadline for non-expert discovery be extended from February 16, 2015 to May 29, 2015, and expert discovery cut-off deadline be extended from March 2, 2015 to June 16, 2015, and all other dates be moved as per the judge's calendar.

Date: _1/16/2015___               */s/ Jesse James Thomas, III*
                                  (original signature retained by attorney Nandini Iyer)
                                  Jesse James Thomas, III
                                  P.O. Box 4392
                                  Citrus Heights, CA 95611-4392
                                  Plaintiff *Pro Se*

Date: _1/16/2015___               */s/ Tiffany F. Thomas*
                                  (original signature retained by attorney Nandini Iyer)
                                  Tiffany F. Thomas
                                  P.O. Box 4392
                                  Citrus Heights, CA 95611-4392
                                  Plaintiff *Pro Se*

Date: 1/14/2015                   */s/ Nandini Iyer*
                                  Nandini Iyer (SBN 271289)
                                  JONES DAY
                                  1755 Embarcadero Center
                                  Palo Alto, CA 94303
                                  Phone: 650.739.3939
                                  Fax: 650.739.3900
                                  niyer@jonesday.com

                                  Counsel for Experian Information Solutions, Inc.

**ORDER**

Based upon the parties' stipulation and for good cause shown, the discovery cut-off deadline for non-expert discovery is extended from February 16, 2015, to May 29, 2015, and the expert discovery cut-off deadline is extended from March 2, 2015, to June 16, 2015.

///

An Amended Pretrial Scheduling Order will issue.

IT IS SO ORDERED.

Dated: January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT