UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>　　　　Defendant. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**STIPULATION AND ORDER TO EXTEND SETTLEMENT CONFERENCE DEADLINE**<br><br>**Magistrate Judge Allison Claire** |

　　　　Whereas, plaintiffs' former attorney has withdrawn as counsel and plaintiffs now appear *pro se;*

　　　　Whereas, plaintiffs asked and received an extension from Defendant Experian Information Solutions, Inc. ("Experian") on their discovery responses;

　　　　Whereas plaintiffs are in the process of responding to the discovery requests;

　　　　Whereas, plaintiffs have informed counsel for Experian that they are seeking other counsel;

　　　　Whereas plaintiffs recently provided Experian with a settlement demand;

　　　　Whereas parties are in the process of engaging in settlement discussions;

1
2   Whereas parties have a settlement conference date before Magistrate Judge Allison Claire on July 30, 2015;

3
4   Whereas, the parties believe more time is needed to prepare for the settlement conference and engage in settlement negotiations;

5
6   Whereas, parties have filed a stipulation with Judge Morrison England to extend discovery cut-off deadline for non-expert discovery be extended from May 29, 2015 to October 29, 2015, and expert discovery cut-off deadline be extended from June 16, 2015 to November 16, 2015, to extend the trial date from September 21, 2015 to June 21, 2016 and stipulated that all other dates, be moved per the judge's calendar so as to accommodate the later settlement conference date on March 17, 2016,

7
8
9
10
11   IT IS HEREBY STIPULATED that the settlement conference date be continued from July 30, 2015 to March 17, 2016, or the earliest available date.

12
13
14   Date:  7/17/2015                    */s/ Jesse James Thomas, III*
                                         (original signature retained by attorney Nandini Iyer)
15                                       Jesse James Thomas, III
                                         P.O. Box 4392
16                                       Citrus Heights, CA 95611-4392
                                         Plaintiff *Pro Se*
17
18  Date:  7/17/2015                     */s/ Tiffany F. Thomas*
                                         (original signature retained by attorney Nandini Iyer)
19                                       Tiffany F. Thomas
                                         P.O. Box 4392
20                                       Citrus Heights, CA 95611-4392
                                         Plaintiff *Pro Se*
21
22  Date:  7/16/2015                     */s/ Nandini Iyer*
                                         Nandini Iyer (SBN 271289)
23                                       JONES DAY
                                         1755 Embarcadero Center
24                                       Palo Alto, CA 94303
                                         Phone: 650.739.3939
25                                       Fax: 650.739.3900
                                         niyer@jonesday.com
26
27                                       Counsel for Experian Information Solutions, Inc.
28

## **ORDER**

Based upon the parties' stipulation and for good cause shown, the settlement conference date is continued from July 30, 2015 to March 17, 2016.

DATED: July 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE