Nandini K. Iyer (State Bar No. 271289)
niyer@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>　　　　　Defendants. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**STIPULATION AND ORDER TO EXTEND TRIAL DEADLINES**<br><br>**Judge: Morrison C. England, Jr** |

　　　Whereas, plaintiffs' former attorney has withdrawn as counsel and plaintiffs now appear *pro se;*

　　　Whereas, plaintiffs asked and received an extension from Defendant Experian Information Solutions, Inc. ("Experian") on their discovery responses;

　　　Whereas plaintiffs are in the process of responding to the discovery requests;

　　　Whereas, plaintiffs have informed counsel for Experian that they are seeking other counsel;

　　　Whereas plaintiffs recently provided Experian with a settlement demand;

　　　Whereas parties are in the process of engaging in settlement discussions;

　　　Whereas parties have a settlement conference date before Magistrate Judge Allison Claire

on July 30, 2015;

Whereas, the parties believe more time is needed to prepare for the settlement conference and engage in settlement negotiations;

Whereas parties are seeking to file a stipulation to extend the settlement conference date from July 30, 2015 to the next available date before Judge Claire (which is on March 17, 2016);

Whereas Magistrate Judge Claire requires an Order extending the trial date from this Court before the settlement conference date can be moved;

IT IS HEREBY STIPULATED that the discovery cut-off deadline for non-expert discovery be extended from May 29, 2015 to October 29, 2015, and expert discovery cut-off deadline be extended from June 16, 2015 to November 16, 2015, the trial date be extended from September 21, 2015 to June 21, 2016 and all other dates, be moved per the judge's calendar so as to accommodate the later settlement conference date on March 17, 2016 that the parties are stipulating to.

Date:   7/17/2015          */s/ Jesse James Thomas, III*
                           (original signature retained by attorney Nandini Iyer)
                           Jesse James Thomas, III
                           P.O. Box 4392
                           Citrus Heights, CA 95611-4392
                           Plaintiff *Pro Se*

Date:   7/17/2015          */s/ Tiffany F. Thomas*
                           (original signature retained by attorney Nandini Iyer)
                           Tiffany F. Thomas
                           P.O. Box 4392
                           Citrus Heights, CA 95611-4392
                           Plaintiff *Pro Se*

Date: 7/16/15              */s/ Nandini K. Iyer*
                           Nandini Iyer (SBN 271289)
                           JONES DAY
                           1755 Embarcadero Center
                           Palo Alto, CA 94303
                           Phone: 650.739.3939
                           Fax: 650.739.3900
                           niyer@jonesday.com

                           Counsel for Experian Information Solutions, Inc.

**ORDER**

Based upon the parties' signed stipulation and for good cause shown, the discovery cutoff date is continued from May 29, 2015 to October 29, 2015, and the expert discovery cut-off deadline is continued from June 16, 2015 to November 16, 2015.  Although the parties requested that the trial be continued until June 21, 2016, the Court is unable to accommodate that request.  The final pretrial conference date and the trial date will be determined in a forthcoming order.

IT IS SO ORDERED.

Dated: July 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT