Nandini K. Iyer (State Bar No. 271289)
niyer@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     +1.650.739.3939
Facsimile:     +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>                    Plaintiff,<br><br>          v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>                    Defendant. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**REQUEST AND [~~PROPOSED~~] ORDER TO MOVE SETTLEMENT CONFERENCE DATE**<br><br>**Magistrate Judge Allison Claire** |

Defendant Experian Information Solutions, Inc. ("Experian"), requests this Court to enter

an Order moving the settlement conference date, currently scheduled for March 17, 2016, so that

Experian and Plaintiff can resolve discovery issues and engage in settlement discussions.  As

grounds, Experian states as follows:

1.  Plaintiffs' former attorney has withdrawn as counsel and plaintiffs now appear *pro se;*

2.  Plaintiffs asked and received an extension from Defendant Experian Information Solutions, Inc. ("Experian") on their discovery responses;

2:13-cv-02674-MCE-CKD

STIPULATION AND [PROPOSED] ORDER
TO MOVE SETTLEMENT CONFERENCE
DATE

3. Plaintiffs have not yet responded to all of Experian's discovery requests;

4. Plaintiffs provided Experian with a settlement demand;

5. Experian's counsel has attempted to contact plaintiffs at their mailing address, by email, and by telephone to further discuss outstanding discovery and settlement, but has not been able to reach plaintiffs.

6. Plaintiffs stated that they were moving and have been delayed in responding to Experian.

7. Parties have a settlement conference date before Magistrate Judge Allison Claire on March 17, 2016.

8. Parties need more time to prepare for the settlement conference and engage in settlement negotiations.

9. Moving the settlement conference date to the next available date in August 2016 will not impact other dates in the case calendar.

WHEREFORE, good cause shown, Experian requests that this Court grant its request to vacate the current settlement conference date and move the settlement conference date.

Date:   January 29, 2016

*/s/ Nandini Iyer*
Nandini Iyer (SBN 271289)
JONES DAY
1755 Embarcadero Center
Palo Alto, CA 94303
Phone: 650.739.3939
Fax: 650.739.3900
niyer@jonesday.com

Counsel for Experian Information Solutions, Inc.

**ORDER**

Based upon Experian's request and for good cause shown, the settlement conference date of March 27, 2016 is vacated, and is continued to August 25, 2016.

Date: February 1, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2:13-cv-02674-MCE-CKD

STIPULATION AND [PROPOSED] ORDER
TO EXTEND SETTLEMENT CONFERENCE
DEADLINE

- 2 -