UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE THOMAS, III, et al., | No. 2:13-cv-2674 MCE CKD |
| Plaintiffs, | |
| v. | ORDER |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Defendant requests an extension of the discovery cut-off and the expert disclosure date. Discovery cut-off was initially set for November 21, 2014. ECF No. 19. Discovery cut-off was then extended to February 16, 2015. ECF No. 35. Plaintiff's counsel was granted leave to withdraw on December 23, 2014 and plaintiffs proceeded in this action in propria persona. Discovery cut-off was again extended to May 29, 2015 and again to October 29, 2015. ECF Nos. 44, 50. Defendant now makes another request to extend the deadlines. Defendant fails to show good cause for such a modification.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that defendant's request to extend the discovery
2 deadline (ECF No. 53) is denied.
3 Dated: February 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 thomas2674.eot.den