Nandini K. Iyer (State Bar No. 271289)
niyer@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     +1.650.739.3939
Facsimile:      +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>Defendant. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

1  PLEASE TAKE NOTICE THAT Plaintiffs Jesse James Thomas III and Tiffany F. Thomas ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiffs' claims against Experian in this pending action.

RESPECTFULLY SUBMITTED,

Date:   March 15, 2016

*/s/ Nandini Iyer*
Nandini Iyer (SBN 271289)
JONES DAY
1755 Embarcadero Center
Palo Alto, CA 94303
Phone: 650.739.3939
Fax: 650.739.3900
niyer@jonesday.com

Counsel for Experian Information Solutions, Inc.

2:13-cv-02674-MCE-CKD
1       NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I, Margarita M. Lopez, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On March 15, 2016, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC**. by U.S. Mail.

I am familiar with the U.S. District Court in the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. Plaintiffs represented *Pro Se* are not registered to file using the CM/ECF system and were served by US mail pursuant to Local Rule 135 (Fed. R. Civ. P. 5).

Under said practice, Plaintiffs were served at the following address:

Jesse James Thomas, III
6140 North Haven Drive
North Highland, CA 95660
Plaintiff *Pro Se*

Tiffany F. Thomas
6140 North Haven Drive
North Highland, CA 95660
Plaintiff *Pro Se*

Executed on March 15, 2016, at Palo Alto, California.

*/s/ Margarita M. Lopez*
Margarita M. Lopez

NAI-1500906119v1