UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Jesse James Thomas III and Tiffany F. Thomas,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br><br>　　　　　　Defendant. | **Case No. 2:13-cv-02674-MCE-CKD**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS' AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

Pursuant to the parties' Stipulation (ECF No. 58), IT IS HEREBY ORDERED that all claims of Plaintiffs Jesse James Thomas III and Tiffany F. Thomas against Defendant Experian Information Solutions, Inc. are DISMISSED, with prejudice. Plaintiffs Jesse James Thomas III and Tiffany F. Thomas and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT